IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **TOBIAS HOUGH, CORTEZ NATHAN, MCKENZIE MCQUEARY, and MICHAEL PHILLIPS**     **Plaintiff,**     v.     **PEORIA COUNTY SHERIFF'S DEPARTMENT, PEORIA COUNTY SHERIFF BRIAN ASBELL, DEPUTY ANDREW KENNY, JAMES GILMORE, VINCENT COGDAL, THE COUNTY OF PEORIA, JOHNATHAN MICHAEL, and UNKNOWN PEORIA COUNTY SHERIFF DEPUTIES**     **Defendants.** | Case No. 21-cv-1341 |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Plaintiffs' counsel, Edward Fox of Ed Fox & Associates, Ltd., hereby moves to withdraw from this case as attorney of record for all Plaintiffs. In support of this motion, Plaintiffs' counsel states as follows:

1. Plaintiffs' counsel, Edward Fox, has determined that he is no longer able to represent the Plaintiffs in this case.

2. Plaintiffs have been informed that counsel would be withdrawing.

3. The last known contact information for the Plaintiffs is on the attached document, exhibit A.

1

4. Plaintiffs counsel has emailed this motion to the last known email address for all Plaintiffs.

**WHEREFORE,** Plaintiffs' counsel, Edward Fox, respectfully requests that this Court grant this motion and permit counsel to withdraw.

Respectfully Submitted:

s/Edward M. Fox
ED FOX & ASSOCIATES, LTD.
300 W Adams St, Ste 330
Chicago, IL 60606
(312) 345-8877
efox@efoxlaw.com

*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

To:

| | |
|---|---|
| Danessa P. Watkins<br>Ryan B. Jacobson<br>Smithamundsen LLC<br>150 North Michigan Avenue, suite 3300<br>Chicago, IL 60601<br>dwatkins@salawus.com<br>rjacobson@salawus.com<br>(312) 894-3376<br>(312) 894-3210 (Fax) | James G. Sotos<br>Lisa M. Meador<br>The Sotos Law Firm, P.C.<br>141 W. Jackson Blvd., #1240A<br>Chicago, IL 60604<br>jsotos@jsotoslaw.com<br>lmeador@jsotoslaw.com<br>(630) 735-3300<br>(630) 773-0980 (Fax) |

    I, Edward M. Fox, an attorney, under penalty of perjury state that on March 28, 2022, I served a copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** to the above-listed via email.

                                                   s/ Edward M. Fox
                                                   Edward M. Fox