E-FILED
Monday, 28 March, 2022 03:47:43 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

**Case Number**: 21-cv-01341-JES-JEH

**Case Title**: HOUGH et al v. PEORIA COUNTY SHERIFF"S DEPARTMENT et al

**Judge**: Judge Michael M. Mihm

**Name of Attorney submitting the motion to withdraw**: Edward M. Fox

| |
|---|
| **Name of Client**: **TOBIAS HOUGH** <br><br> **Last known Email address**: Tobiasdorsey23@gmail.com <br> **Last known telephone number**: (309) 410-3348 |
| **Name of Client**: **CORTEZ NATHAN** <br><br> **Last known Email address**: Corteznathan619@gmail.com <br> **Last known telephone number**: (540) 569-8978 |
| **Name of Client**: **MCKENZIE MCQUEARY** <br><br> **Last known Email address**: Mckenziemcqueary1@gmail.com <br> **Last known telephone number**: (815) 871-3929 |
| **Name of Client**: **MICHAEL PHILLIPS** <br><br> **Last known Email address**: map971562@gmail.com <br> **Last known telephone number**: (540) 836-7282 |

**I attest that the above information is true and correct to the best of my knowledge.**

**Date: 03/28/2022**

**Signed:** *Edward M. Fox*