IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TOBIAS HOUGH, CORTEZ NATHAN, MCKENZIE MCQUEARY, and MICHAEL PHILLIPS<br><br>Plaintiff,<br><br>v.<br><br>PEORIA COUNTY SHERIFF'S DEPARTMENT, PEORIA COUNTY SHERIFF BRIAN ASBELL, DEPUTY ANDREW KENNY, JAMES GILMORE, VINCENT COGDAL, THE COUNTY OF PEORIA, JOHNATHAN MICHAEL, and UNKNOWN PEORIA COUNTY SHERIFF DEPUTIES<br><br>Defendants. | Case No. 21-cv-1341 |

## NOTICE OF LAST KNOWN PARTY CONTACT INFORMATION AS TO PLAINTIFFS

Plaintiffs' counsel hereby files the following information as ordered by the Court:

| |
|---|
| PLAINTIFF TOBIAS HOUGH<br>Last known address: 6929 N University St., Peoria, IL 61614<br>Last known email address: Tobiasdorsey23@gmail.com<br>Last known telephone number: (309) 410-3348 |
| PLAINTIFF CORTEZ NATHAN<br>Last known address: 30 S Windsong Ct., Fishersville, VA 22939<br>Last known email address: Corteznathan619@gmail.com<br>Last known telephone number: (540) 569-8978 |
| PLAINTIFF MCKENZIE MCQUEARY<br>Last known address: 30 S Windsong Ct., Fishersville, VA 22939<br>Last known email address: Mckenziemcqueary1@gmail.com<br>Last known telephone number: (815) 871-3929 |
| PLAINTIFF MICHAEL PHILLIPS<br>Last known address: 475 S Windsong Ct., Fishersville, VA 22939<br>Last known email address: map971562@gmail.com<br>Last known telephone number: (540) 836-7282 |

Respectfully Submitted:

s/Edward M. Fox
ED FOX & ASSOCIATES, LTD
300 W Adams St, Ste 330
Chicago, IL 60606
(312) 345-8877
efox@efoxlaw.com
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

To:

| | |
|---|---|
| **Danessa P. Watkins** <br> **Ryan B. Jacobson** <br> **Smithamundsen LLC** <br> **150 North Michigan Avenue, suite 3300** <br> **Chicago, IL 60601** <br> dwatkins@salawus.com <br> rjacobson@salawus.com <br> **(312) 894-3376** <br> **(312) 894-3210 (Fax)** | **James G. Sotos** <br> **Lisa M. Meador** <br> **The Sotos Law Firm, P.C.** <br> **141 W. Jackson Blvd., #1240A** <br> **Chicago, IL 60604** <br> jsotos@jsotoslaw.com <br> lmeador@jsotoslaw.com <br> **(630) 735-3300** <br> **(630) 773-0980 (Fax)** |

    I, Edward M. Fox, an attorney, under penalty of perjury state that on April 12, 2022, I served a copy of the foregoing **NOTICE OF LAST KNOWN PARTY CONTACT INFORMATION AS TO PLAINTIFFS** to the above-listed via email.

                                                      s/ Edward M. Fox <br>
                                                      Edward M. Fox