Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Tobias Hough,** <br> **Cortez Nathan,** <br> **McKenzie McQueary,** <br> **Michael Phillips.** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **Peoria County Sheriff's Department,** <br> **Sheriff Brian Asbell,** <br> **Deputy Andrew Kenny,** <br> **Deputy James Gilmore,** <br> **Deputy Vincent Cogdal,** <br> **The County of Peoria,** <br> **Unknown Peoria County Sheriff Deputies** <br><br> **Defendants.** | Case Number: 21-cv-1341 |

## JUDGMENT IN A CIVIL CASE

☒  **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** This case is DISMISSED WITH PREJUDICE for want of prosecution. Plaintiffs take nothing on their claims against Defendants.

**Dated: July 7, 2022.**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

*MMM*